THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VINCENT M. GERACI, Defendant-Appellant.

(No. 59869; )

First District (5th Division)—December 13, 1974.

*Rehearing denied January 10, 1975.*

PER CURIAM.

Howard T. Savage, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.